

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

———————————————

No. 06-11-00007-CV

———————————————

DAVID HARWOOD, Appellant

V.

B & W FINANCE CO., INC., FNFS, LTD., AND JOANNE B. MCKINNEY,
LARRY FREEMAN, ALTON C. RYE, AND DAVID MOONEY, Appellees

On Appeal from the 7th Judicial District Court
Smith County, Texas
Trial Court No. 07-1630-A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

David Harwood, the sole appellant in this case, has notified the Court that he wishes to dismiss his appeal.[1]   Therefore, we dismiss the appeal.   *See* TEX. R. APP. P. 42.1.

Josh R. Morriss, III
Chief Justice

Date Submitted:     May 9, 2011
Date Decided:       May 10, 2011

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.   *See* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005).   We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue.   *See* TEX. R. APP. P. 41.3.